# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **STEPHEN LANCASTER DENNIS** | ) |

## INFORMATION

The United States Attorney charges:

## INTRODUCTION

At all times material to this Information:

1.  The Brink's Company (Brink's) provided armored transport services to the Federal Reserve Bank of Atlanta, which services included transporting and storing United States currency and coin in and around Birmingham, Alabama. The Federal Reserve Bank of Atlanta was a member bank of the Federal Reserve System.

2.  Brink's maintained a facility in Birmingham, Alabama where currency and coin belonging to its customers, including coin belonging to the Federal Reserve Bank of Atlanta, was stored, in the Federal Reserve Coin Inventory.

3. Defendant STEPHEN LANCASTER DENNIS was employed by Brink's in Birmingham, Alabama as a Money Processing Manager and he had access to the Federal Reserve Coin Inventory.

## COUNT ONE
## Bank Theft
## 18 U.S.C. § 2113(b)

1. Paragraphs 1 – 3 of the Introduction are hereby realleged and incorporated by reference as if set out in full.

2. From on or about January 1, 2014, through on or about February 20, 2014, in Jefferson County, in the Northern District of Alabama, and elsewhere, Defendant

**STEPHEN LANCASTER DENNIS**

did take and carry away with intent to steal and purloin an amount of money exceeding $1,000.00, belonging to the Federal Reserve Bank of Atlanta, in violation of Title 18, United States Code, Section 2113(b).

JOYCE WHITE VANCE
United States Attorney

 */s/ Henry Cornelius*
HENRY CORNELIUS
Assistant United States Attorney